JS-6

NOTE CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEC PILAVIAN**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NORTH AMERICAN BREAKER COMPANY, LLC**,<br><br>Defendant. | Case No. 8:25-cv-00402-HDV<br><br>CLASS ACTION |
| **RONALD SWAN**, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**NORTH AMERICAN BREAKER COMPANY, LLC**,<br><br>Defendant. | Case No. 2:25-cv-02002-HDV<br><br>CLASS ACTION |

[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CO-LEAD CLASS COUNSEL

# ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS AND APPOINT INTERIM CO-LEAD CLASS COUNSEL

THIS MATTER, having come before the Court by Plaintiffs Alec Pilavian and Ronald Swan (together, "Plaintiffs") for their Unopposed Motion to Consolidate Related Actions and Appoint Interim Co-Lead Class Counsel ("Motion").

WHEREAS, the Plaintiffs in related actions pending in this District: *Pilavian v. North American Breaker Company, LLC*, Case No. 8:25-cv-00402 ("*Pilavian*") and *Swan v. North American Breaker Company, LLC*, Case No. 2:25-cv-02002 ("*Swan*") (together, "Related Actions") agree the Related Actions, as well as any subsequently filed or transferred related actions, for all pretrial purposes, excluding trial should be consolidated under the *Pilavian* case, No. 8:25-cv-00402, pursuant to Federal Rule of Civil Procedure 42(a); and

WHEREAS, the Plaintiffs seek to appoint Kristen Lake Cardoso of Kopelowitz Ostrow P.A. and M. Anderson Berry of Clayeo C. Arnold, A Professional Corporation, as Interim Co-Lead Class Counsel.

The Court, being fully advised and for good cause shown, the Motion is hereby **GRANTED.**

Accordingly, the Court **ORDERS** as follows:

A. **MOTION TO CONSOLIDATE RELATED ACTIONS**

1. The *Pilavian* and *Swan* actions currently pending in this District, and any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District, shall be consolidated for pre-trial purposes pursuant to Rule 42(a) (hereafter the "Consolidated Action").

    2.    All papers in the Consolidated Action shall be filed under Case No. 8:25-cv-00402, the number assigned to the first-filed case, and shall bear the following caption:

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: NORTH AMERICAN BREAKER CO. DATA SECURITY LITIGATION<br><br>This Document Relates To: | Master File No. 8:25-cv-00402 |

    3.    The case file for the Consolidated Action will be maintained under Master File No. 8:25-CV-00402. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, e.g., "8:25-cv-00402 (*Pilavian*)."

    4.    Any action subsequently filed in, transferred to, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action and seeks relief on a representative or classwide basis, shall be consolidated with the Consolidated Action for pre-trial purposes. The parties shall file a Notice of Related Action whenever a case that should be consolidated into this action is filed in, transferred to, or removed to this District

    5.    If the Court determines that an action is related, the clerk shall:

      a. Place a copy of this Order in the separate file for such action;

      b. Serve on Plaintiffs' counsel in the new case a copy of this Order;

      c. Direct that this Order be served upon Defendant(s) in the new case; and

      d. Make appropriate entry in the Master <u>Docket</u>

<u>6</u>. All current responsive pleading deadlines in the Related Actions are hereby stayed.

7. Plaintiffs shall file a Consolidated Amended Complaint no later than 30 days following the entry of an order appointing interim class counsel or other designated counsel.

8. Any response to the Consolidated Amended Complaint shall be due within 30 days from the filing of the Consolidated Amended Complaint. All prior response deadlines are vacated. Should Defendant intend to file one or more motions to dismiss, the Parties will comply with Local Civil Rules 7-9 and 7-10 with the following clarifications and/or adjustments:

      a. Any opposition to a motion to dismiss shall be filed and served within 30 days of the filing of the motion to dismiss; and

      b. Any reply brief shall be filed and served within 14 days of the opposition;

9. This Order shall apply to the above-captioned matters, any subsequently consolidated action, any actions consolidated with the above-captioned matters, and any actions filed in or transferred or removed to this Court relating to the fact and the data breach underlying this litigation.

**B.**     **MOTION TO APPOINT INTERIM CO-LEAD CLASS COUNSEL**

The Court hereby appoints Kristen Lake Cardoso of Kopelowitz Ostrow P.A. and M. Anderson Berry of Clayeo C. Arnold, A Professional Corporation, as

Interim Co-Lead Class Counsel. Interim Co-Lead Class Counsel must assume responsibility for the following duties during all phases of this litigation:

    1.    Coordinating the work of preparing and presenting all of Plaintiffs' claims and otherwise coordinating all proceedings, including organizing and supervising the efforts of Plaintiffs' counsel in a manner to ensure that Plaintiffs' pretrial preparation is conducted effectively, efficiently, expeditiously, and economically;

    2.    Delegating work responsibilities and monitoring the activities of all Plaintiffs' counsel, including non-lead Plaintiff's counsel who are expressly authorized to work on this case, in a manner to promote the orderly and efficient conduct of this litigation and to avoid unnecessary duplication and expense;

    3.    Calling meetings of Plaintiffs' counsel for any appropriate purpose, including coordinating responses to questions of other parties or of the Court, and initiating proposals, suggestions, schedules, project assignments, and any other appropriate matters;

    4.    Determining (after consultation with other co-counsel as may be appropriate) and presenting (in briefs, oral argument, or such other fashion as he or his designee may deem appropriate) to the Court and opposing parties the position of the Plaintiffs on all matters arising during pretrial (and, if appropriate, trial) proceedings;

    5.    Serving as the primary contact for all communications between Plaintiffs and Defendant, and acting as spokespersons for all Plaintiffs vis-à-vis Defendant and the Court;

    6.    Directing and executing on behalf of Plaintiffs the filing of pleadings and other documents with the Court;

    7.    Appearing at all Court hearings and conferences regarding the case as

most appropriate for effective and efficient representation, and speaking for Plaintiffs at all such hearings and conferences;

      8. Receiving and initiating communication with the Court and the Clerk of the Court (including receiving orders, notices, correspondence, and telephone calls) and dispensing the content of such communications among Plaintiffs' counsel;

      9. Initiating and conducting discussions and negotiations with counsel for Defendant on all matters, including settlement;

      10. Negotiating and entering into stipulations with opposing counsel as necessary for the conduct of the litigation;

      11. Initiating, coordinating, and conducting all discovery on Plaintiffs' behalf and ensuring its efficiency, with the assistance of all Plaintiffs' counsel;

      12. Selecting, consulting with, and employing experts for Plaintiffs, as necessary;

      13. Encouraging and enforcing efficiency among all Plaintiffs' counsel;

      14. Assessing Plaintiffs' counsel for the costs of the litigation;

      15. Preparing and distributing periodic status reports to the Court and to the parties as ordered;

      16. Develop and recommend for Court approval practices and procedures pertaining to attorneys' fees and expenses as further detailed below and, on an ongoing basis, monitor and administer such procedures. At such time as may be appropriate, Interim Co-Lead Class Counsel also will recommend apportionment and allocation of any fees and expenses that might become due to Plaintiffs' counsel in this matter, subject to Court approval; and,

      17. Performing such other duties as are necessary in connection with the prosecution of this litigation or as may be further directed by the Court.

C. **ADDITIONAL MATTERS**

1. Any discussions regarding a settlement of this litigation shall be conducted by Interim Co-Lead Class Counsel and any other counsel designated by Interim Co-Lead Class Counsel.

2. In advance of each status conference, Interim Co-Lead Class Counsel and Defendant's counsel will meet and confer regarding the status and proposed agenda for the conference. Unless otherwise ordered, Interim Co-Lead Class Counsel and Defendant's counsel will file a joint notice setting out the proposed agenda and the parties' joint and/or respective positions no later than two calendar days before each status conference.

3. This Order applies to all Related Actions included in the above-captioned consolidated matters and all subsequently consolidated actions.

4. Interim Co-Lead Class Counsel must serve a copy of this Order and all future orders promptly by overnight delivery service, facsimile, or other expeditious electronic means on counsel for Plaintiffs in each Related Action not yet consolidated in this proceeding to the extent that they are aware of any such action(s) and on all attorneys for Plaintiffs whose cases have been so consolidated but who have not yet registered for ECF.

All current responsive pleading deadlines are stayed, and Plaintiffs are ordered to file a consolidated, amended Complaint by **June 7, 2025**.

**IT IS SO ORDERED.**

Dated: 5/8/25

_____
UNITED STATES DISTRICT JUDGE